**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlisle Coatings and Waterproofing Incorporated, a Delaware corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>Flex-Guard Products, Inc., an Arizona corporation.<br><br>    Defendant/Counterclaimant. | Case CV 05-4234 PCT PGR<br><br>**ORDER<br>EXTENDING<br>EXPERT DISCLOSURES** |

Upon Joint Motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Court's May 16, 2006 Scheduling Order is hereby revised as follows:

| | |
|---|---|
| Last day for Plaintiff to disclose experts to support its claims | October 10, 2006 |
| Last day for Defendant to disclose rebuttal experts and/or to disclose experts to support its counterclaim | November 10, 2006 |
| Last day for Plaintiff to disclose rebuttal experts | December 10, 2006 |
| Last day for parties to complete expert depositions | January 15, 2007 |

FURTHER ORDERED that the remaining portions of the Scheduling Order remain unchanged.

1 | DATED this 2nd day of October, 2006.

*[signature]*

Paul G. Rosenblatt
United States District Judge