**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlisle Coatings and Waterproofing Inc., | )<br>)<br>) |
| Plaintiff, | ) No. CV 05-4234-PCT-PGR |
| v. | ) ORDER |
| Flexguard Products, Inc. | ) |
| Defendant. | ) |

Per the Court's oral Order during the hearing held Monday, December 11, 2006 at 1:30 p.m., IT IS HEREBY ORDERED continuing the Status Conference until Monday, January 8, 2007 at 1:30 p.m.. The Status Conference will be automatically vacated upon filing the proper dismissal documents.

DATED this 13th day of December, 2006.

Paul G. Rosenblatt
United States District Judge