**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARLISLE COATINGS AND WATERPROOFING INCORPORATED., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLEX-GUARD PRODUCTS, INC., an Arizona corporation,<br><br>　　　　　Defendant. | No. CV 05-4234-PCT- PGR<br><br>**ORDER OF DISMISSAL** |
| FLEX-GUARD PRODUCTS, INC., an Arizona corporation,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>CARLISLE COATINGS AND WATERPROOFING INCORPORATED, a Delaware corporation,<br><br>　　　　　Counterdefendant. | |

Pursuant to the parties' Stipulation for Dismissal and good cause appearing:

IT IS HEREBY ORDERED approving the parties' Stipulation for Dismissal entered in furtherance of their written Settlement Agreement and Mutual Release ("Settlement Agreement") under which plaintiff has released its claims arising in connection with this suit

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

No. 3:05-cv-4234-PGR
(Page 1)
2402-0005

S:\Tracy\Orders\05cv4234-OrderforDismissal.wpd

1   in consideration of defendant's agreement (1) to release its claims against plaintiff and make
2   a series of cash payments and (2) to enter into a Stipulation for Entry of Judgment, enforceable
3   only if defendant fails to make all scheduled payments under the Settlement Agreement.

4   IT IS FURTHER ORDERED dismissing this action, with prejudice, each party to bear
5   its own costs and attorneys' fees.

6   IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the
7   parties' Settlement Agreement, including the entry of Judgment upon the parties' Stipulation
8   for Entry of Judgment, if the payment conditions of the Settlement Agreement are not met.

9   DATED this 8th day of January, 2007.

_____
Paul G. Rosenblatt
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

No. 3:05-cv-4234-PGR
(Page 2)
2402-0005

S:\Tracy\Orders\05cv4234-OrderforDismissal.wpd